# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FRITZ DAIRY FARM, LLC, *et al.* | CASE NO.: 5:12-CV-1736 |
|    Plaintiffs | JUDGE JOHN ADAMS |
| v. | NOTICE OF APPEARANCE OF BRENDAN DELAY FOR PLAINTIFFS |
| CHESAPEAKE EXPLORATION, LLC,  *et al.* | |
|    Defendants | |

    Plaintiffs by and through counsel, files this Notice of Appearance of Brendan Delay, Esq., as new counsel for Plaintiffs.   All papers, pleadings and court notices should be mailed or delivered or email served to the undersigned at the address appearing below.

                        s/ Brendan E. Delay

                        _____
                        BRENDAN DELAY  (0036929)
                        24500 Center Ridge Road, Suite 160
                        Westlake, Ohio 44145
                        (440) 333-3708  TELEPHONE
                        (440) 333-1319  FAX
                        brendandelay@ameritech.net
                        Counsel for Plaintiffs

                        CERTIFICATE OF SERVICE

A copy of the foregoing Notice Of Appearance of Brendan Delay for Plaintiffs was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and upon attorney Ed Wright via email to EKWright1@aol.com. Parties may access this filing through the Court's system.

                        s/ Brendan E. Delay
                        _____
                        BRENDAN DELAY  (0036929)