IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRITZ DAIRY FARM, L.L.C., et al., | Case No. 5:12-cv-01736-JRA |
| *Plaintiffs*, | Judge John R. Adams |
| v. | |
| CHESAPEAKE EXPLORATION, L.L.C., et al., | **REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND L.R. 16.3(b)(3)** |
| *Defendants*. | |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on August 8, 2012, and was attended by:

    <u>Brendan Delay</u>           counsel for plaintiffs

    <u>John Keller/Tim McGranor</u>   counsel for defendants

2. The parties:

    \_\_\_\_   have not been required to make initial disclosures.

    <u> X </u>  have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

3. The parties recommend the following track:

    \_\_\_ Expedited         <u> X </u> Standard
    \_\_\_ Administrative    \_\_\_ Complex
    \_\_\_ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

    ___ Early Neutral Evaluation
    _X_ Mediation
    ___ Arbitration
    ___ Summary Jury Trial
    ___ Summary Bench Trial
    ___ Case not suitable for ADR

5. The parties do/_X_ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

The parties currently believe that there will be discovery concerning the course of negotiations between Plaintiffs and Defendant; which of the competing sets of documents represent the binding agreement between the parties; and the legitimacy of various signatures to documents. Plaintiffs will also seek discovery regarding Mr. Owen's legal residency and notary qualifications in Ohio and Oklahoma, although Defendants do not agree that Mr. Owen's notary qualifications are relevant to the claims or defenses in this action.

(b) Discovery cut-off date:  February 21, 2013

7. Recommended dispositive motion date:  April 19, 2013

8. Recommended cut-off date for amending the pleadings and/or adding additional parties:  October 21, 2012

- 3 -

9. Recommended date for a Status Hearing:  <u>Mid-January 2013</u>

10. Other matters for the attention of the Court:

<blockquote>
<u>The parties will opt out of Appendix K.  Instead, the parties will deal with electronic discovery in the context of the normal course of discovery. Each party understands and agrees that discovery responses will include electronically stored information.</u>
</blockquote>

Respectfully submitted,

| | |
|---|---|
| <u>*/s/ Brendan Delay* (by e-mail consent - 8/16/2012)</u><br>Brendan Delay (0036929)<br>24500 Center Ridge Road, Suite 160<br>Westlake, OH  44145<br>(440) 333-3708 / Fax: (440) 333-1319<br>E-mail:   brendandelay@ameritech.net<br><br>*Counsel for Plaintiffs* | <u>*/s/ Timothy B. McGranor*</u><br>John K. Keller (0019957)<br>Timothy B. McGranor (0072365)<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street/P.O. Box 1008<br>Columbus, OH 43216-1008<br>(614) 464-6400 / Fax: (614) 719-4954<br>E-mail:  jkkeller@vorys.com<br>            tbmcgranor@vorys.com<br><br>*Attorneys for Defendants* |

- 3 -

14490756