IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRITZ DAIRY FARM, L.L.C., et al. | ) | CASE NO. 5:12-CV-1736 |
| Plaintiffs | ) | JUDGE JOHN R. ADAMS |
| -vs- | ) | <u>NOTICE OF APPEARANCE</u> |
| CHESAPEAKE EXPLORATION, L.L.C., et al. | ) | |
| | ) | |
| Defendants | | |

    STEPHEN P. LEIBY and STEVEN R. HOBSON, II of Leiby Hanna Rasnick, Towne Evanchan Palmisano & Hobson, LLC hereby give notice of their appearance as counsel for Plaintiffs in this cause.

                                                  */s/ Stephen P. Leiby*
                                                  STEPHEN P. LEIBY (#0018041)
                                                  sleiby@neolaw.biz
                                                  STEVEN R. HOBSON, II (#0069010)
                                                  shobson@neolaw.biz
                                                  LEIBY HANNA RASNICK
                                                  TOWNE EVANCHAN PALMISANO & HOBSON, LLC
                                                  388 South Main Street, Suite 402
                                                  Akron, OH  44311
                                                  (330) 253-2227 – TEL
                                                  (330) 253-1261 – FAX

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of December 2012, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Stephen P. Leiby*
STEPHEN P. LEIBY