UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Fritz Dairy Farm, LLC, et al., | ) | CASE NO.:  5:12CV1736 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Chesapeake Exploration, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties appeared before the Court for a status conference on December 17, 2012.  During the conference, the parties settled and placed the terms of their settlement before the Court.  Therefore, the docket will be marked "settled and dismissed without prejudice."  The parties may submit within thirty (30) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary.  If approved, the proposed entry shall supplement this order.  This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

Dated:  December 18, 2012         /s/ Judge John R. Adams
                                  JUDGE JOHN R. ADAMS
                                  UNITED STATES DISTRICT COURT