TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION | District Court No. 5:12cv1736<br>USCA No. **13-3379** |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| 1) FRITZ DAIRY FARM LLC, et al.<br><br>PLAINTIFF - __APPELLANTS__<br><br>v.<br><br>CHESAPEAKE EXPLORATION, L.L.C., et al.<br><br>DEFENDANT - __Appellees__ | NAME: Warner Mendenhall<br>FIRM NAME:<br>ADDRESS: Suite 201<br>190 North Union Street<br>Akron, OH. 44304<br>TELEPHONE: 330-535-9160<br><br>CURRENT COUNSEL FOR DEFENDANT<br>NAME: John K. Keller<br>FIRM NAME: Vorys, Sater, Seymour & Pease<br>ADDRESS: 52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH. 43216-1008<br>TELEPHONE: 614-464-6389 |

If Habeas Corpus, Certificate of Appealability is: ( ) granted ( ) denied ( ) pending

Criminal Defendant: ( ) on bond ( ) incarcerated ( ) on probation

Fees: District Court & USCA Fee Paid: (X) yes ( ) no ( ) not required
Pauper Status: ( ) granted ( ) denied ( ) pending
Affidavit of Financial Status Filed: ( ) yes ( ) no

Counsel: ( ) appointed (X) retained ( ) pro se

District Court Judge: __Adams__ Court Reporter: __Lori Callahan__

Any hearing or trial (X) yes ( ) no If yes, dates __8/21/12; 12/17/12 and 2/13/13.__

FROM __Shawn Harrigan__ DATE __MARCH 25, 2013__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is _____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2013**. Clerk, GERI M. SMITH, U.S. District Court