READ INSTRUCTIONS ON THE NEXT PAGE
**TRANSCRIPT ORDER**
List on this form all transcript you are ordering from one court reporter.
Use a separate form for each reporter and docket each form separately in the Sixth Circuit ECF database.

District Court **Northern District of Ohio**     District Court Docket Number **5:12-CV-1736**

Short Case Title **Fritz Dairy Farm, LLC et al. v. Chesapeake Exploration, LLC**

Date Notice of Appeal Filed by Clerk of District Court **3-22-2013**     COA# **13-3379**

**PART 1** (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDERED).
A. Complete one of the following:
- [ ] No Hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on the file in District Court Clerk's Office
- [✓] This is to order a transcript of the following proceedings: (*specify exact dates of proceedings*)

| | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings | Judge John R. Adams | 12-17-12, 02-13-13 | Lori A. Callahan |

Testimony (specify witnesses) **All transcribed testimony and/or discussion from all parties and/or attorneys.**

Other (specify) _____

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24
- [ ] Voir Dire
- [ ] Jury Instructions
- [✓] Opening statement of plaintiff
- [✓] Closing argument of plaintiff
- [✓] Opening statement of defendant
- [✓] Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. This method of payment will be:
- [ ] Criminal Justice Act (Attach copy of CJA Form 24)
- [✓] Private Funds

Date: **03-29-13**

Signature **/s/ Warner Mendenhall**    Print Name **Warner Mendenhall**    Counsel for **Appellants**

Address **190 N. Union Street, Ste. 201, Akron, OH 44304**    Telephone **330-535-9160**

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of the date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

Arrangements for payment were made on
Arrangements for payment have not been made pursuant to FRAP (10(b))

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by Court Reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

| Actual Number of Pages | | Actual Number of Volumes |
|---|---|---|

| Date | Signature of Court Reporter |
|---|---|