Case No. 13-3379

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

FRITZ DAIRY FARM LLC; MARK R. FRITZ; MICHELLE E. FRITZ

    Plaintiffs - Appellants

v.

CHESAPEAKE EXPLORATION. L.L.C.; RICHARD OWEN; KENYON ENERGY LLC

    Defendants - Appellees

BEFORE:  MOORE and KETHLEDGE, Circuit Judges;  TARNOW, District Judge*

Upon consideration of the petition for rehearing filed by the Appellants,

It is **ORDERED** that the petition for rehearing be, and it hereby is, **DENIED**.

    **ENTERED BY ORDER OF THE COURT**
    Deborah S. Hunt, Clerk

Issued: July 09, 2014

---

* The Honorable Arthur J. Tarnow, Senior Judge for the Eastern District of Michigan, sitting by designation.