# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

No: 13-3379

---

Filed: July 18, 2014

FRITZ DAIRY FARM LLC; MARK R. FRITZ; MICHELLE E. FRITZ

    Plaintiffs - Appellants

5:12cv1736 - JRA

v.

CHESAPEAKE EXPLORATION. L.L.C.; RICHARD OWEN; KENYON ENERGY LLC

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 06/03/2014 the mandate for this case hereby issues today. Affirmed

COSTS: None