# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Fritz Dairy Farms, LLC.** | } | |
| **Plaintiff** | } | |
| vs. | } | NO. 5:12CV1736 |
| **Chesapeake Exploration, LLC.** | } | <u>**N O T I C E**</u> |
| **Defendant** | } | |

TAKE NOTICE that the above captioned case has been scheduled for a MOTION HEARING at <u>11:30 a.m. on September 3, 2014</u> regarding the renewed motion for order holding Plaintiffs in contempt  (Doc. #43) in the Courtroom of the Honorable John R. Adams, United States District Judge, Federal Building - U.S. Courthouse, Courtroom 575, 2 South Main Street, Akron, Ohio.

All counsel and parties to attend.

**DATE : August 20, 2014**

                      <u>**GERI M. SMITH**</u>
                           **Clerk**

By   <u>s/ Christin M. Kestner</u>
       **Christin M. Kestner**
       **Courtroom Deputy Clerk**
       **(330) 252-6070**