**Motion granted.**
**/s/ John R. Adams**
**U.S. District Judge**
**8/26/14**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRITZ DAIRY FARM, L.L.C., et al., | Case No. 5:12-cv-01736-JRA |
| *Plaintiffs*, | Judge John R. Adams |
| v. | |
| CHESAPEAKE EXPLORATION, L.L.C., et al., | **DEFENDANTS' MOTION TO EXCUSE ATTENDANCE AT MOTION HEARING BY DEFENDANT RICHARD OWEN** |
| *Defendants*. | |

For the reasons set forth in the attached memorandum in support, Defendants Chesapeake Exploration, L.L.C. ("Chesapeake Exploration"), Richard Owen, and Kenyon Energy, L.L.C. ("Kenyon"), respectfully request that Defendant Richard Owen be excused from attending the Motion Hearing currently scheduled for September 3, 2014. As explained below, requiring his because personal attendance would place an undue burden on him, especially given the fact that he will likely have no substantive input in light of the nature of the relief sought in Defendants' motion.

Respectfully submitted,

*/s/ Timothy B. McGranor*
John K. Keller (0019957)
Timothy B. McGranor (0072365)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street/P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-6400 / Fax: (614) 719-4954
E-mail:  jkkeller@vorys.com
              tbmcgranor@vorys.com

*Attorneys for Defendants*