Oral request to withdraw motion is GRANTED.
/s/ John R. Adams
U.S. District Judge
9/9/14

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRITZ DAIRY FARMS, L.L.C., et al., | ) | Case No. 5:12-cv-1736-JRA |
| | ) | |
| *Plaintiffs*, | ) | Judge John R. Adams |
| | ) | |
| v. | ) | |
| | ) | |
| CHESAPEAKE EXPLORATION, L.L.C., et al., | ) | **DEFENDANTS' RENEWED** |
| | ) | **MOTION FOR ORDER HOLDING** |
| | ) | **PLAINTIFFS IN CONTEMPT** |
| *Defendants*. | ) | |

Defendants Chesapeake Exploration, L.L.C., Richard Owen, and Kenyon Energy, L.L.C., respectfully request an order finding Plaintiffs in contempt of this Court's March 1, 2013 Order, which enforced the settlement the parties reached on December 17, 2012, and which has now been affirmed on appeal. Despite the issuance of the mandate from the Court of Appeals, Plaintiffs have refused and continue to refuse to sign the documents necessary to effectuate the settlement. As such, they should be found in contempt as explained in the attached memorandum in support.

Respectfully submitted,

*/s/ Timothy B. McGranor*
John K. Keller (0019957)
Timothy B. McGranor (0072365)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
(614) 464-6400 / Fax: (614) 719-4954
E-mail:  jkkeller@vorys.com
            tbmcgranor@vorys.com

*Attorneys for Defendants Chesapeake
Exploration, L.L.C., Richard Owen, and
Kenyon Energy, L.L.C.*