IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRITZ DAIRY FARM, L.L.C., et al., | ) | Case No. 5:12-cv-01736-JRA |
| | ) | |
| *Plaintiffs*, | ) | Judge John R. Adams |
| | ) | |
| v. | ) | |
| | ) | |
| CHESAPEAKE EXPLORATION, L.L.C., et al., | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| *Defendants*. | ) | |

Pursuant to the parties' agreement, Plaintiffs Fritz Dairy Farm, L.L.C, Mark Fritz, and Michele Fritz, and Defendants Chesapeake Exploration, L.L.C., Richard Owen, and Kenyon Energy, L.L.C., being all the parties to this action, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action and all claims asserted by Plaintiffs against Defendants in this action are dismissed with prejudice to refiling.  This Court shall retain jurisdiction to enforce the parties' settlement agreement, if necessary.  Each party to bear its own costs.

Agreed to and respectfully submitted by:

| | |
|---|---|
| */s/ Warner Mendenhall* (by e-mail authorization given 9-25-2014) | */s/ Timothy B. McGranor* |
| Warner Mendenhall (0070165) | John K. Keller (0019957) |
| 190 N. Union Street, Suite 201 | Timothy B. McGranor (0072365) |
| Akron, OH 44304 | Vorys, Sater, Seymour and Pease LLP |
| (330) 535-9160 / Fax:  (330) 762-9743 | 52 East Gay Street/P.O. Box 1008 |
| | Columbus, OH 43216-1008 |
| | (614) 464-6400 / Fax: (614) 719-4954 |
| Alyssa M. Allen (0082715) | E-mail: jkkeller@vorys.com |
| P.O. Box 39631 | tbmcgranor@vorys.com |
| Solon, OH 44139 | |
| (440) 477-5484 | *Attorneys for Defendants* |
| | |
| *Attorneys for Plaintiffs* | |